UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWIN DWAYNE JOHNSON, JR., | No. 2:24-cv-0562 CKD P |
| Petitioner, | |
| v. | ORDER |
| ROB ST. ANDRE, | |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed a request to proceed in forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

/////

/////

1

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  Dated: February 28, 2024

                                      */s/ Carolyn K. Delaney*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john0562.101a